UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FEB - 6 2017

RECEIVED

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED FEB - 6 2017

CLERK

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

CONSUMERS FOR AUTO RELIABILITY
AND SAFETY,                                          )
                                                     )
THE CENTER FOR AUTO SAFETY,                          )
                                                     )
U.S. PUBLIC INTEREST RESEARCH GROUP, Inc.            )
                                                     )
CALIFORNIA PUBLIC INTEREST RESEARCH                  )
GROUP, Inc.                                          )
                                                     )     No.   **17-1038**
CONNECTICUT PUBLIC INTEREST RESEARCH                 )
GROUP, Inc.                                          )
                                                     )
MASSACHUSETTS PUBLIC INTEREST RESEARCH               )
GROUP, Inc.                                          )
                                                     )
                                    Petitioners,     )
                                                     )
v.                                                   )
                                                     )
FEDERAL TRADE COMMISSION,                            )
                                                     )
                                    Respondent.      )

ORIGINAL

## PETITION FOR REVIEW

Pursuant to 15 U.S.C. § 57a(e), 15 U.S.C. § 45(c), and Federal and D.C.

Circuit Rule 15, notice is given this 6th day of February, 2017, that Petitioners

Consumers for Auto Reliability and Safety, the Center for Auto Safety, U.S. Public

Interest Research Group, Inc., California Public Interest Research Group, Inc.,

Connecticut Public Interest Group, Inc., and Massachusetts Public Interest

Research Group, Inc. hereby petition the United States Court of Appeals of the

District of Columbia Circuit for review of three Decisions and Orders issued by the

Federal Trade Commission ("Commission") on December 8, 2016. The three final

decisions include (1) In the Matter of General Motors LLC, Docket No. C-4596;

(2) In the Matter of Lithia Motors, Inc., Docket No. C-4597; and (3) In the Matter

of Jim Koons Management Company, Docket No. C-4598. The Commission's

Decisions violate the Federal Trade Commission Act, 15 U.S.C. §§45(a), 57a; the

Administrative Procedure Act, 5 U.S.C. § 706; and the Commission's own

regulations, 16 C.F.R. Part 1, Subpart B. Copies of the three Decisions are

attached.

                                        Respectfully submitted,

                                        Katherine A. Meyer
                                        D.C. Bar No. 244301
                                        Meyer Glitzenstein & Eubanks, LLP
                                        4115 Wisconsin Ave., N.W.   Suite 210
                                        Washington, D.C. 20016
                                        Kmeyer@meyerglitz.com


                                        Attorney for Petitioners


Date: February 6, 2017

                                        2

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Petition for Review by having

copies sent by either or both electronic and first-class mail this 6th day of

February, 2017 to the federal government as follows:

Maureen K. Ohlhausen
Acting Chairman of the Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
mohlhausen@ftc.gov

Jessica Rich
Director, FTC Bureau of Consumer Protection
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-2148
Fax: (202) 326-3799
jrich@ftc.gov

Dana Boente
Acting U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-514-2000
dana.boente@usdoj.gov.

And to counsel for the parties to the underlying agency proceeding as follows:

Craig Glidden
General Counsel
General Motors, LLC
300 Renaissance Center

Detroit, MI   48265
Craig.glidden@gm.com

Richard VW Adams III
Registered Agent, Jim Koons Management Company
2000 Chain Bridge Rd.
Vienna, VA 22182 (first class mail only)

Mathew Rowen
Corporation Counsel
Lithia Motors, Inc.
150 North Bartlett Street
Medford, OR   97591
mrowan@lithia.com


_____
Katherine A. Meyer